UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
GINNI FILAMENTS LIMITED,　　　　　　　　:

　　　　　　　Plaintiff,　　　　　　　　　:　　Civ. No. 09-CV-3121 (NGG) (RML)

　　v.　　　　　　　　　　　　　　　　　:　　**STIPULATION**

CAPITAL SUPPLY CORP., ELLIOT　　　　　:
RINDENOW, WASHINGTON MUTUAL
BANK, and JPMORGAN CHASE　　　　　　:
BANK, N.A.,
　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants.
-------------------------------------------------------x

　　　　　WHEREAS, on July 28, 2009, defendant JPMorgan Chase Bank, N.A. ("JPMorgan") was served with a copy of the Complaint;

　　　　　WHEREAS, on August 25, 2009, defendant Washington Mutual Bank ("Washington Mutual") was served with a copy of the Complaint via FedEx as consented to by counsel for JPMorgan;

　　　　　WHEREAS, on August 26, 2009, the plaintiff, JPMorgan and Washington Mutual stipulated that the time for JPMorgan and Washington Mutual to answer or otherwise respond to the complaint shall be adjourned until September 26, 2009, which stipulation was ordered by the Court on August 31, 2009;

　　　　　IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

　　　　　1.　　The time for JPMorgan and Washington Mutual to answer or otherwise respond to the complaint shall be adjourned from September 26, 2009 until October 5, 2009.

　　　　　2.　　This stipulation may be executed by facsimile or electronic mail and in counterparts, and filed with the Court without further notice.

Dated: New York, New York
September 22, 2009

| MERLE, BROWN & NAKAMURA, P.C. | LEVI LUBARSKY & FEIGENBAUM LLP |
|---|---|
| By: /s/ STEPHEN NAKAMURA (SN-4187)<br>STEPHEN NAKAMURA (SN-4187)<br>90 Broad Street, Suite 2201<br>New York, New York 10004<br>(212) 471-2990<br>*Attorneys for Plaintiff* | By: /s/ Andrea Likwornik Weiss<br>ANDREA LIKWORNIK WEISS<br>1185 Avenue of the Americas, 17th Fl.<br>New York, NY 10036<br>(212) 308-6100<br>*Attorneys for Defendants JPMorgan Chase Bank, N.A. and Washington Mutual Bank* |

SO ORDERED:

s/Nicholas G. Garaufis
_____
HON. NICHOLAS G. GARAUFIS

9-29-09