| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS, COMPLAINT, EXHIBITS** <br> EFFECTED (1) BY ME: _____ <br> TITLE: **PROCESS SERVER** | DATE: 10/12/2009 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

ELLIOT RINDENOW

Place where served:

7h-45 169th Street, Flushing New York 11352

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

Relationship to defendant: _____

Description of person accepting service:

SEX: ___ AGE: ___ HEIGHT: ___ WEIGHT: ___ SKIN: ___ HAIR: ___ OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

ATTEMPTED - 10/10 10:15 AM - NO RESPONSE

10/12 - 7:42 PM - POSTED AS REQUESTED ALSO MAILED

**STATEMENT OF SERVER**

TRAVEL $ ____.__     SERVICES $ ____.__     TOTAL $ ____.__

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10/13/20 09     _____ L.S.

SIGNATURE OF Curtis Duncan
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

Sworn to before me this 13th day of October 2009

JOSETTE HAEMMERLE
Notary Public, State of N.Y.
Reg. #01HA5082775
Qualified in Nassau County
Expires July 28, 20__

| ATTORNEY: | STEPHEN H NAKAMURA, ESQ |
|---|---|
| PLAINTIFF: | GINNI FILAMENTS LIMITED |
| DEFENDANT: | CAPITAL SUPPLY CORP., ET AL |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | CV 09 3121 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.