United States District Court
Eastern District of New York

---

Ginni Filaments Limited

         Plaintiff,

-against-               **AFFIDAVIT OF SERVICE**
                        Docket No. CV 09-3121

Capital Supply Corp., et al.

         Defendants.

---

COUNTY OF ALBANY  SS:
STATE OF NEW YORK

Denise L. Dooley being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Answer of Washington Mutual Bank and JP Morgan Chase Bank, N.A. with Cross-Claims, pursuant to Section 306 of the Business Corporation Law. The corporation which was served was: **CAPITAL SUPPLY, CORP.**

That on the 26th day of October 2009 at approx. 1:00 p.m. at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Donna Christie known to me to be in the Corporation Division of the Department of State and empowered to receive such service.   That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Donna Christie - Authorized Person
White female, approx. 37 yrs., 5'3", 140 lbs., blonde hair

                       _____
                       Denise L. Dooley

Sworn to before me
this 26th day of October 2009.

DEBORAH E. LAPOINTE
Notary Public, State of New York
Qualified in Albany County
No. 01LA4988624
Commission Expires November 12, 2009