# Merle, Brown & Nakamura, P.C.

Attorneys at Law

90 Broad Street, Suite 2201
New York, New York 10004-2271

PIERRE F.V. MERLE
GEORGE R. BROWN V
STEPHEN H. NAKAMURA
_____

MELISSA S. STEINROCK
THOMAS J. GERRITY

Telephone: (212) 471-2990
Telefax: (212) 471-2997

THEODORE P. NIKOLIS
OF COUNSEL

**VIA ELECTRONIC CASE FILING**

October 14, 2010

Honorable Robert M. Levy, Magistrate Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:  Ginni Filaments Limited v. Capital Supply Corp., et. al.
09-CV-3121 (NGG) (RML)**

Dear Judge Levy:

We are pleased to inform Your Honor that the parties have agreed to a settlement in principle of this litigation and are finalizing the details of same. We expect to have the settlement finalized within the next ten (10) days.

We note that there is presently a status conference call scheduled for Monday, October 18th at 4:00 p.m. Given the impending settlement, we respectfully request that the call be adjourned for three weeks in the hopes that we can file a stipulation of discontinuance within this three week time period.

Respectfully submitted,


/s/ Stephen Nakamura

cc:     Andre G. Castaybert, Esq.